IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex. rel.* STACY CAREY, <br><br> and <br><br> STATE OF MONTANA, *ex. rel.* STACY CAREY, <br><br> Plaintiffs, <br><br> vs. <br><br> RES-CARE, INC., and SOUTHERN HOME CARE SERVICES, INC., <br><br> Defendants. | CV 17–30–M–DLC <br><br> ORDER |

Pursuant to the Notice of Voluntary Dismissal (Doc. 10) filed by the Relator, Stacy Carey, and Federal Rule of Civil Procedure 41(a)(1),

IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

All deadlines are VACATED and any pending motions are DENIED as moot.

DATED this 12th day of December, 2017.

Dana L. Christensen, Chief Judge
United States District Court